# United States District Court
## Southern District of Georgia

Leonard P. Machulas

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:15-cv-317-WTM-GRS

Supreme Court of Georgia, et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated 9/29/16 adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the complaint without prejudice. The case remains closed.



9/30/16  
*Date*

Scott L. Poff  
*Clerk*

(By) Deputy Clerk