IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LEONARD P. MACHULAS,           )
                               )
    Plaintiff,                 )
                               )
v.                             )    CASE NO. CV415-317
                               )
SUPREME COURT OF GEORGIA and   )
THERESE S. BARNES,             )
                               )
    Defendants.                )
                               )

# ORDER

Before the Court is Plaintiff Leonard P. Machulas's Motion for Reconsideration. (Doc. 12.) In his motion, Plaintiff asks this Court to reconsider its prior order (Doc. 10) adopting the Magistrate Judge's Report and Recommendation (Doc. 5) that his complaint be dismissed. After a careful review of Plaintiff's filings and the record, the Court finds no reason to disturb its prior order. Accordingly, Plaintiff's Motion for Reconsideration is **DENIED**.

SO ORDERED this 16th day of November 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA